Case 4:11-cv-00152-MP-WCS   Document 12   Filed 10/21/11   Page 1 of 1

*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERROL LEWIS,

    Plaintiff,

v.                                          CASE NO. 4:11-cv-00152-MP-WCS

CLOUD, KENNETH HOSFORD, JOHNSON, G PEZESHKIAN, STATE OF FLORIDA, BILLY WOOD,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to follow the orders of the Court. The Magistrate Judge filed the Report on August 17, 2011, Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate Judge that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 11) is ACCEPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this *21st* day of October, 2011

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge